IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00418-RPM

IVER "SKIP" JOHNSON and
"MARGE" JOHNSON,

      Plaintiffs,
v.

KENNETH JOHNSON,

      Defendant.
_____

ORDER FOR DISMISSAL
_____

      Pursuant to the Stipulation for Dismissal with Prejudice [11] filed today, it is

      ORDERED that this action is dismissed with prejudice, each party to pay their respective costs and fees incurred.

      Dated: August 17th, 2012

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____
                                            Richard P. Matsch, Senior District Judge