IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00418-RPM

IVER "SKIP" JOHNSON and
"MARGE" JOHNSON,

     Plaintiffs,
v.

KENNETH JOHNSON,

     Defendant.
_____

ORDER FOR DISMISSAL
_____

     Pursuant to the Stipulation for Dismissal with Prejudice [11] filed today, it is

     ORDERED that this action is dismissed with prejudice, each party to pay their respective costs and fees incurred.

     Dated: August 17th, 2012

                                     BY THE COURT:

                                     s/Richard P. Matsch

                                     _____
                                     Richard P. Matsch, Senior District Judge